MELISSA HOLYOAK, United States Attorney (#9832)
TODD C. BOUTON, Assistant United States Attorney (#17800)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Email: todd.bouton@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VALELIA TOLEAFOA,<br><br>Defendant. | FILED UNDER SEAL<br><br>CLASS A<br>MISDEMEANOR INFORMATION<br><br>COUNT 1: Illegal Voting,<br>18 U.S.C. § 611(a) |

The United States Attorney Charges:

**COUNT 1**
18 U.S.C. § 611(a)
(Illegal Voting)

On or about November 5, 2024, in the District of Utah,

VALELIA TOLEAFOA,

defendant herein, an alien and noncitizen of the United States, did knowingly vote, while an alien, in an election held in part for the purpose of electing a candidate for federal office,

specifically the office of President of the United States of America, and did vote for a candidate for that office.

All in violation of 18 U.S.C. § 611(a) and punishable thereunder.

MELISSA HOLYOAK
United States Attorney

/s/ Todd C. Bouton____________
TODD C. BOUTON
Assistant United States Attorney